**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 02-6507**

─────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JONATHAN EDWARDS,

                              Defendant - Appellant.

─────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CR-92-133-BO)

─────────

Submitted:  November 21, 2002      Decided:  December 2, 2002

─────────

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

─────────

Affirmed by unpublished per curiam opinion.

─────────

Jonathan Edwards, Appellant Pro Se. Anne Margaret Hayes, Assistant United States Attorney, Raleigh, North Carolina, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jonathan Edwards appeals from the district's order denying his "Motion to Reopen," in which he asserts that he should not have been sentenced as an armed career criminal for his 1993 conviction under 18 U.S.C. § 922(g) (2000). Edwards failed to raise this issue in his direct criminal appeal. Moreover, the time for seeking post-conviction relief has long since expired.  28 U.S.C. § 2255 (2000). Consequently, we affirm.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2